**FILED**

08/10/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0204

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0204

EMMANUEL F. GOMEZ,

  Petitioner and Appellant,

 v.

STATE OF MONTANA,

  Respondent and Appellee.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time,

and good cause appearing therefor, Appellee is granted an extension of time to and

including September 11, 2021, within which to prepare, serve, and file its response

brief.

**BF**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 10 2021